653-15

# ELECTRONIC RECORD

COA # 05-13-01547-CR     OFFENSE: 19.02

STYLE: Timothy Scott Harriman v. The State of Texas     COUNTY: Dallas

COA DISPOSITION: AFFIRM     TRIAL COURT: Criminal District Court No. 5

DATE: 05/04/2015     Publish: NO     TC CASE #: F94-01553-ML

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Timothy Scott Harriman v. The State of Texas     CCA #: 653-15

PRO SE Petition     CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:

refused     JUDGE:

DATE: July 29, 2015     SIGNED:     PC:

JUDGE: PC     PUBLISH:     DNP:

------------------------

_____ MOTION FOR

REHEARING IN CCA IS:

JUDGE:

# ELECTRONIC RECORD